WEISBROD ET AL., APPELLEES, *v.*
STILLMAN; CINCINNATI INSURANCE COMPANY, APPELLANT.

[Cite as Weisbrod v. Stillman (1990), 54 Ohio St. 3d 89.]

(No. 89-1803—Submitted August 29, 1990—Decided October 10, 1990.)

*Richard Paul Michaelson,* for appellees.

*G. Gregory Lewis* and *Thomas K. McMackin,* for appellant.

The judgment of the court of appeals is reversed on authority of *State Farm Mut. Auto. Ins. Co.* v. *Webb* (1990), 54 Ohio St. 3d 61, 562 N.E. 2d 132.

MOYER, C.J., HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLANT, *v.*
VENIA, APPELLEE.

[Cite as State Farm Mut. Auto. Ins. Co. *v.* Venia (1990), 54 Ohio St. 3d 89.]

(No. 90-27—Submitted August 29, 1990—Decided October 10, 1990.)

*Manahan, Pietrykowski, Bamman & DeLaney* and *Cormac B. DeLaney,* for appellant.

*Edward Van Gunten & Co., L.P.A.,* and *Edward A. Van Gunten,* for appellee.

The judgment of the court of appeals is reversed on authority of *State Farm Mut. Auto. Ins. Co.* v. *Webb* (1990), 54 Ohio St. 3d 61, 562 N.E. 2d 132.

MOYER, C.J., HOLMES, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, DOUGLAS and RESNICK, JJ., dissent.